## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FREEDOM WATCH,
2020 Pennsylvania Ave. NW, Suite 345
Washington, DC, 20006

        Plaintiff,

v.

BUREAU OF LAND MANAGEMENT
1849 C Street NW, Room 2134LM
Washington, DC, 20240

        and

U.S. DEPARTMENT OF JUSTICE
1100 L Street NW, Room 8020
Washington, DC, 20530

        Defendants.

## COMPLAINT

Plaintiff FREEDOM WATCH, INC. ("Plaintiff") brings this action against Defendants Bureau of Land Management ("BLM") and the Department of Justice ("DOJ") to compel compliance with the Freedom of Information Act, 5 U.S.C.§ 552 ("FOIA"). As grounds therefore, Plaintiff alleges as follows:

## JURISDICTION AND VENUE

1.     The Court has jurisdiction over this action pursuant to 5. U.S.C. § 552(a)(4)(B) and 28 U.S.C 1331.

2.     Venue is proper in this district pursuant to 28. U.S.C. 1391(e)

## PARTIES

3.      Plaintiff Freedom Watch, Inc. is a 501(c)(3), non-profit, public interest foundation organized under the laws of the District of Columbia and having its principal place of business at 2020 Pennsylvania Ave., NW Suite 345, Washington, DC, 20006. Plaintiff seeks to promote openness within the federal government and their actions. Plaintiff regularly requests records under FOIA to shed light on the operations of the federal government and to educate the public about these operations. Plaintiff then analyzes the agency records and disseminates the results of its analysis to the public.

4.      Defendants are agencies of the United States Government. Defendants have possession, custody, and control of records to which Plaintiff seeks access.

## STATEMENT OF FACTS

5.      On October 7, 2016, Plaintiff sent FOIA requests to Defendant BLM and Defendant DOJ by certified mail and facsimile, seeking the production of agency records relating to:

(1)      Any and all documents that refer or relate in any way to Cliven Bundy;

(2)      Any and all documents that refer or relate in any way to the case of *United States v. Cliven Bundy*, in the U.S. District Court for the District of Nevada, which may or may not also be identified in particular records by Civil Action No. or Case No. 2:12-cv-0804;

(3)      Any and all documents that refer or relate in any way to any criminal prosecution of Cliven Bundy, including discussions, arguments or proposals about whether Cliven Bundy ought to be prosecuted at any time after January 2010;

(4)      Any and all documents that refer or relate in any way to plans, efforts, strategies, and/or implementation of criminal prosecution of Cliven Bundy at any time after January 2010;

(5)      Any and all documents that refer or relate in any way to the case of *United States v. Cliven Bundy*, in the U.S. District

Court for the District of Nevada, which may or may not also be identified in particular records by Criminal Action No. or Case No. 2:16-CR-00046-1;

(6)     Any and all documents that refer or relate in any way to criminal prosecution of Ammon Bundy and others in the U.S. District Court for the District of Oregon during 2016;

(7)     Any and all documents that refer or relate in any way to an incident known as the "Bundy Standoff," in Clark County, Nevada, from January 2014 through May 2014, but primarily in March and April of 2014;

(8)     Any and all documents that refer or relate in any way to an incident in which Cliven Bundy and supporters faced off against personnel of the Bureau of Land Management at or near Bundy's ranch located near Bunkerville, Nevada in Clark County, Nevada, from January 2014 through May 2014, but primarily in March and April of 2014;

(9)     Any and all documents that refer or relate in any way to an incident in the Malheur National Wildlife Refuge in Oregon in and around December 2015 and/or January 2016, which may be described in documents as protests, occupation, demonstrations, a takeover of government buildings, and/or opposition to the treatment by the Bureau of Land Management or the U.S. Government in general of ranchers;

(10)    Any and all documents that refer or relate in any way to protests in Oregon in 2015 or 2016 concerning Dwight Hammond and/or Steven Hammond. For identification purposes, this request refers to that Dwight Hammond and Steven Hammond who are father and son cattle ranchers, and who are accused of setting fire to public land while they claim that they were conducting a controlled burn of their own land next door;

(11)    Any and all documents, created in or after January 2010 that refer or relate in any way to the Cliven Bundy Ranch in Clark County, Nevada;

(12)    Any and all documents that refer or relate in any way to the group of citizens from throughout the United States who protested against the government in March and/or April 2014 at or near Bunkerville, Nevada in Clark County, Nevada;

(13)    Any and all documents that refer or relate in any way to stand-off(s), clash(es), demonstrations and/or protests opposing agents from the Bureau of Land Management in March or April of 2015, at or near Bunkerville, Nevada in Clark County, Nevada;

(14)    Any and all documents that refer or relate in any way to Senator Harry Mason Reid in the possession, custody or control of BLM, excluding newspaper or other news reports;

(15)    Any and all documents that refer or relate in any way to Senator Harry Mason Reid and all real estate purchase deals that he is involved with;

(16)    Any and all documents that refer or relate in any way to plans, proposals, strategies, or requests from, by, or of Senator Harry Reid for the use of land administered by the Bureau of Land Management in Clark County, Nevada;

(17)    Any and all communications between Senator Harry Reid and your agency which refer or relate in any way to Cliven Bundy;

(18)    Any and all documents that refer or relate in any way to Rory Reid and all real estate sale and or purchase deals that he is involved with;

(19)    Any and all documents that refer or relate in any way to plans, proposals, strategies, or requests from, by, or of Rory Reid for the use of land administered by the Bureau of Land Management in Clark County, Nevada

(20)    Any and all communications between Rory Reid and your agency which refer or relate in any way to Cliven Bundy;

(21)    All documents created on or after January 1, 2012, which report, discuss, describe, explain, refer to, or relate in any way to any plan or proposal for the BLM or agents for the BLM to take physical possession or custody of Cliven Bundy's cattle within Clark County in the State of Nevada; and

(22)    All documents created on or after October 1, 2013, which report, discuss, describe, explain, refer to, or relate in any way to any plan or proposal to employ or deploy any U.S. Government employees carrying guns to remove Cliven Bundy's cattle within Clark County in the State of Nevada. ("Plaintiff's FOIA Request")

6.      A true and correct copy of Plaintiff's FOIA Request and Proof of Service are attached hereto as **Exhibit A**.

7.      Defendants BLM and DOJ were required to determine whether to comply with Plaintiff's FOIA Request within 20 days, excepting Saturdays, Sundays, and legal public holidays, pursuant to 5 U.S.C.§ 552(a)(6)(A). Pursuant to this same provision, Defendants BLM and DOJ also were required to notify Plaintiff immediately of this determination, the reasons therefore, and the right to appeal any adverse determination to the head of the agency. Excluding weekends, and October 10, 2016 in observance of Columbus Day, Defendants BLM and DOJ were required to make its determination and provide Plaintiff with requisite notifications regarding Plaintiff's First FOIA Request by November 7, 2016

8.      As of the date of this Complaint, the Defendants BLM and DOJ have failed to make bona fide, good faith, much less any, determinations about whether they will comply with either of Plaintiff's requests. Nor have Defendants BLM and DOJ produced any records responsive to either request, indicated when any responsive records will be produced, or demonstrated that specific responsive records are exempt from production. The attached FOIA requests and Plaintiff's response to Defendants' failure to produce records, failure to say when any such records will be produced, and failure to grant expedited treatment and feed waivers demonstrates that any administrative appeal would be futile and thus the complaint is being filed upon notification to the agency. *See Singh v. Ashcroft*, 362 F.3d 1164, 1169 (9th Cir. 2004) (A plaintiff need not "exhaust administrative remedies that would be futile" to exhaust.). *See also Sokha Sun v. Ashcroft*, 370 F.3d 932, 943 (9th Cir. 2004) ("where the agency's position on the

question at issue appears already set, and it is very likely what the result of recourse to administrative remedies would be, such recourse would be futile and is not required.").

## CAUSE OF ACTION
### (Violation of FOIA, 5 U.S.C. § 552)

9.      Plaintiff realleges paragraphs 1 through 8 as if fully stated herein.

10.     Defendants are unlawfully withholding records requested by Plaintiff's FOIA Request pursuant to 5 U.S.C. § 552 as set forth in Exhibit A, which is incorporated herein by reference.

11.     Plaintiff is being irreparably harmed by reason of Defendants' unlawful withholding of requested records, and Plaintiff will continue to be irreparably harmed unless Defendants are compelled to conform its conduct to the requirements of the law.

12.     Plaintiff respectfully requests a FOIA fee waiver pursuant to 5 U.S.C. § 552, as Plaintiff is a non-profit, public interest organization that seeks to promote openness within the federal government and their actions. Plaintiff regularly requests records under FOIA to shed light on the operations of the federal government and to educate the public about these operations. Plaintiff then analyzes the agency records and disseminates the results of its analysis to the public at large.

WHEREFORE, Plaintiff respectfully request that the Court: (1) order Defendants to conduct a search for any and all responsive records to Plaintiff's FOIA request and demonstrate that it employed search methods reasonably likely to lead to the discovery of records responsive to Plaintiff's FOIA request; (2) order Defendants to produce, by a certain date, any and all non-exempt records responsive to Plaintiff's FOIA request and a *Vaughn* index of any responsive records withheld under claim of exception.; (3) enjoin Defendants from continuing to withhold any and all non-exempt records responsive to Plaintiff's FOIA request; (4) grant Plaintiff a fee

waiver for produced records and an award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and (5) grant Plaintiff such other relief as the Court deems just and proper.

Dated: November 22, 2016

Respectfully submitted,

*/s/ Larry Klayman*
Larry Klayman, Esq.
Freedom Watch, Inc.
D.C. Bar No. 334581
2020 Pennsylvania Ave, NW
Suite 345
Washington, DC, 20006
Tel: (310) 595-0800
Email: leklayman@gmail.com

EXHIBIT A

**Left card:**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FOIA/Civil Division
US Department of Justice
400 LS Street NW 8080
Washington DC 20530

9590 9403 0334 5155 7821 30

2. Article Number (Transfer from service label)
7015 1520 0002 1936 3436

PS Form 3811, April 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature  X
B. Received by (Printed Name)   C. Date of Delivery
3. Service Type
- Adult Signature
- Adult Signature Restricted Delivery
- Certified Mail®
- Certified Mail Restricted Delivery
- Collect on Delivery
- Collect on Delivery Restricted Delivery
- Insured Mail
- Insured Mail Restricted Delivery (over $500)
- Priority Mail Express®
- Registered Mail™
- Registered Mail Restricted Delivery
- Return Receipt for Merchandise
- Signature Confirmation™
- Signature Confirmation Restricted Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No

Domestic Return Receipt

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michelle P. Land
FOIA Officer
Bureau of Land Management
1340 Financial Boulevard
Reno, Nevada 89502

9590 9403 0703 5196 51377 99

2. Article Number (Transfer from service label)
7015 1520 0002 1936 3450

PS Form 3811, April 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature  X
B. Received by (Printed Name)   C. Date of Delivery
3. Service Type
D. Is delivery address different from item 1? ☐ Yes ☐ No

Domestic Return Receipt

11/14/2016
Case 1:16-cv-02320 Document 1 Filed 11/22/16 Page 10 of 15
Gmail - Fwd: Successful transmission to 12022450027. Re: UNKNOWN

 Gmail

**Dina James <daj142182@gmail.com>**

---

## Fwd: Successful transmission to 12022450027. Re: UNKNOWN
1 message

---

**Jonathon Moseley** <contact@jonmoseley.com>
To: daj142182@gmail.com


Ryan Witt
FOIA Coordinator

Mon, Nov 14, 2016 at 1:35 PM

Jon Moseley
Cell phone: (703) 656-1230
Fax (703) 783-0449

This message may contain confidential, proprietary or legally privileged information and is intended only for the use of the addressee named above. No confidentiality or privilege is waived or lost by any mis-transmission. If you are not the intended recipient of this message you are hereby notified that you must not use, disseminate, or copy it in any form or take any action in reliance on it. If you have received this message in error please delete it and any copies of it and notify Jonathon Moseley by reply. The reliability of this method of communication cannot be guaranteed. It can be intercepted, corrupted, delayed, may arrive incomplete, contain viruses or be affected by other interference. We have taken reasonable steps to reduce risks against viruses but cannot accept liability for any damage sustained as a result of this transmission.

-----Original Message-----
**From:** send@mail.efax.com [mailto:send@mail.efax.com]
**Sent:** Tuesday, October 11, 2016 04:08 PM
**To:** contact@jonmoseley.com
**Subject:** Successful transmission to 12022450027. Re: UNKNOWN

The 4 page fax you sent through eFax to 12022450027 was successfully transmitted at 2016-10-11 21:08:20 (GMT)

**eFax** Faxing Simplified

Dear Jonathon,                                                                 **Re: UNKNOWN**

The fax you sent through eFax to 12022450027 was successfully transmitted.

| **Fax Details** | |
| --- | --- |
| **Date:** | 2016-10-11 21:08:20 (GMT) |
| **Number of Pages:** | 4 |
| **Length of Transmission:** | 339 seconds |

If you have any questions about your service please call (800) 958-2983 or visit our Online Help Center.

Thank you for choosing eFax.

Sincerely,

11/14/2016

The eFax Team

**P.S.** Too busy to answer all your business calls? eVoice answers, manages and routes your phone calls 24/7. Try a Free 30-Day Trial Today!

     

© 2016 j2 Cloud Services, Inc and affiliates. All rights reserved.
eFax is a registered trademark of j2 Cloud Services, Inc. and affiliates.
6922 Hollywood Blvd., Los Angeles, CA 90028

This account is subject to the terms listed in the eFax Customer Agreement.

 Gmail

**Dina James <daj142182@gmail.com>**

---

## Fwd: Successful transmission to 12025147866. Re: UNKNOWN
1 message

---

**Jonathon Moseley** <contact@jonmoseley.com>
To: daj142182@gmail.com

Mon, Nov 14, 2016 at 1:35 PM



Jon Moseley
Cell phone: (703) 656-1230
Fax (703) 783-0449

This message may contain confidential, proprietary or legally privileged information and is intended only for the use of the addressee named above. No confidentiality or privilege is waived or lost by any mis-transmission. If you are not the intended recipient of this message you are hereby notified that you must not use, disseminate, or copy it in any form or take any action in reliance on it. If you have received this message in error please delete it and any copies of it and notify Jonathon Moseley by reply. The reliability of this method of communication cannot be guaranteed. It can be intercepted, corrupted, delayed, may arrive incomplete, contain viruses or be affected by other interference. We have taken reasonable steps to reduce risks against viruses but cannot accept liability for any damage sustained as a result of this transmission.

-----Original Message-----
**From:** send@mail.efax.com [mailto:send@mail.efax.com]
**Sent:** Tuesday, October 11, 2016 04:07 PM
**To:** contact@jonmoseley.com
**Subject:** Successful transmission to 12025147866. Re: UNKNOWN

The 4 page fax you sent through eFax to 12025147866 was successfully transmitted at 2016-10-11 21:07:25 (GMT)

**eFax** Faxing Simplified

Dear Jonathon,                          **Re: UNKNOWN**

The fax you sent through eFax to 12025147866 was successfully transmitted.

### Fax Details

| | |
|---|---|
| **Date:** | 2016-10-11 21:07:28 (GMT) |
| **Number of Pages:** | 4 |
| **Length of Transmission:** | 279 seconds |
| **Receiving Machine Fax ID:** | 202 514 7866 |

If you have any questions about your service please call (800) 958-2983 or visit our Online Help Center.

Thank you for choosing eFax.

11/14/2016                          eFax Rcvd: Successful transmission 1 202514 7866 0 to UNKNOWN

Sincerely,
The eFax Team

**P.S.** Too busy to answer all your business calls? eVoice answers, manages and routes your phone calls 24/7. Try a Free 30-Day Trial Today!



© 2016 j2 Cloud Services, Inc and affiliates. All rights reserved.
eFax is a registered trademark of j2 Cloud Services, Inc. and affiliates.
6922 Hollywood Blvd., Los Angeles, CA 90028

This account is subject to the terms listed in the eFax Customer Agreement.

Case 1:16-cv-02320  Document 1  Filed 11/22/16  Page 14 of 15

 Gmail

**Dina James <daj142182@gmail.com>**

---

## Fwd: Successful transmission to 17758616688. Re: UNKNOWN

1 message

---

**Jonathon Moseley** <contact@jonmoseley.com>                        Mon, Nov 14, 2016 at 1:33 PM
To: daj142182@gmail.com



Jon Moseley
Cell phone: (703) 656-1230
Fax (703) 783-0449

This message may contain confidential, proprietary or legally privileged information and is intended only for the use of the
addressee named above. No confidentiality or privilege is waived or lost by any mis-transmission. If you are not the
intended recipient of this message you are hereby notified that you must not use, disseminate, or copy it in any form or
take any action in reliance on it. If you have received this message in error please delete it and any copies of it and notify
Jonathon Moseley by reply. The reliability of this method of communication cannot be guaranteed. It can be intercepted,
corrupted, delayed, may arrive incomplete, contain viruses or be affected by other interference. We have taken
reasonable steps to reduce risks against viruses but cannot accept liability for any damage sustained as a result of this
transmission.

-----Original Message-----
**From:** send@mail.efax.com [mailto:send@mail.efax.com]
**Sent:** Tuesday, October 11, 2016 04:08 PM
**To:** contact@jonmoseley.com
**Subject:** Successful transmission to 17758616688. Re: UNKNOWN

The 4 page fax you sent through eFax to **17758616688** was successfully transmitted at 2016-10-11 21:08:15 (GMT)

**eFax** ®  Faxing Simplified

Dear Jonathon,                                                         **Re: UNKNOWN**

The fax you sent through eFax to 17758616688 was successfully transmitted.

### Fax Details

| | |
|---|---|
| **Date:** | 2016-10-11 21:08:18 (GMT) |
| **Number of Pages:** | 4 |
| **Length of Transmission:** | 336 seconds |
| **Receiving Machine Fax ID:** | 17758616688 |

If you have any questions about your service please call (800) 958-2983 or visit our Online Help
Center.

Thank you for choosing eFax.

Case 1:16-cv-02320 Document 1 Filed 11/22/16 Page 15 of 15

Sincerely,
The eFax Team

**P.S.** Too busy to answer all your business calls? eVoice answers, manages and routes your phone calls 24/7. Try a Free 30-Day Trial Today!

     

© 2016 j2 Cloud Services, Inc and affiliates. All rights reserved.
eFax is a registered trademark of j2 Cloud Services, Inc. and affiliates.
6922 Hollywood Blvd., Los Angeles, CA 90028

This account is subject to the terms listed in the eFax Customer Agreement.