UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREEDOM WATCH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 16-2320 (CKK) |
| BUREAU OF LAND MANAGEMENT and U.S. DEPARTMENT OF JUSTICE, | ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S RESPONSE TO DEFENDANT FBI'S STATUS REPORT AND PROPOSED SCHEDULE**

Plaintiff Freedom Watch, Inc. ("Freedom Watch") hereby submits the following response to the FBI'S Status Report and Proposed Schedule, submitted on May 31, 2017. ECF No. 30. The FBI's Proposed Schedule is another delay tactic, as has been its pattern and practice, carefully calculated to withhold production of responsive documents until long after Cliven Bundy has been prosecuted and possibly convicted and sentenced the life imprisonment. Indeed, the FBI estimates that "it will take at least 500 months" to complete production of documents. As previously stated, the documents at issue have already been culled by the defendants in preparation for and use during the on-going prosecutions related to the successful Bundy ranch standoff in Las Vegas federal court. Thus, estimated time needed to complete production is clearly not made in good faith, as has unfortunately been the pattern and practice of Defendants in not just this matter, but also experienced by nearly all FOIA requesters during the Obama administration, and which is ongoing now through his surrogates in the Federal Programs Branch. Freedom Watch respectfully request that this Court order timely production of document from the FBI, and not allow disingenuous, dishonest delay tactics to stand. Freedom Watch is forwarding this response and supporting

documents to the Attorney General Inspector General of the U.S. Department of Justice and is requesting a full investigation of this apparent obstruction of justice.

Dated: June 7, 2017                                     Respectfully submitted,

/s/ Larry Klayman
Larry Klayman, Esq.
D.C. Bar No. 334581
2020 Pennsylvania Ave., N.W.
Suite 345
Washington, D.C. 20530
(561) 558-5536
leklayman@gmail.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of June, 2017, a true and correct copy of the foregoing was filed and served via CM/ECF and served upon all counsel and parties of record.

/s/ Larry Klayman