IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREEDOM WATCH, INC.,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>BUREAU OF LAND MANAGEMENT,<br><br>and<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>and<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>　　　　　　　　Defendants. | Civil Action No. 1:16-cv-2320 (CKK) |

## NOTICE OF APPEARANCE AND RENEWED REQUEST TO REASSIGN

Undersigned counsel respectfully submits this formal Notice of Appearance and requests having this case reassigned, since his legal counsel represented to the Board of Professional Responsibility that – in order to protect clients' interests – he would no longer participate in any case before this Court. This is requested in the interests of justice.

Accordingly, it is respectfully requested that this case be reassigned to another Court forthwith.

**Dated**: January 4, 2021

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Larry Klayman*
　　　　　　　　　　　　　　　　　　　　　　　　Larry Klayman, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Freedom Watch, Inc.
　　　　　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 334581
　　　　　　　　　　　　　　　　　　　　　　　　2020 Pennsylvania Ave. NW, Suite 345
　　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　　　　　Tel: (310) 595-0800
　　　　　　　　　　　　　　　　　　　　　　　　Email: leklayman@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on January 4, 2021.

*/s/ Larry Klayman*
Attorney