UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREEDOM WATCH, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Civ. A. No. 16-2320 (CKK) |
| | ) |
| BUREAU OF LAND MANAGEMENT | ) |
| and U.S. DEPARTMENT OF JUSTICE, | ) |
| | ) |
| *Defendants*. | ) |

### JOINT STATUS REPORT

The parties, by and through counsel, s respectfully file this Joint Status Report pursuant to the Court's December 19, 2020, Minute Order.

### FBI

Throughout the processing of Plaintiff's FOIA request pursuant to this litigation, FBI had determined that the material responsive to Plaintiff's request was deemed exempt *in its entirety* pursuant to FOIA Exemption (b)(7)(A), 5 U.S.C. Section 552(b)(7)(A) ("7(A) Exemption"). By letter of January 29, 2021, however, FBI reported that, notwithstanding its propriety when previously invoked, the 7(A) Exemption no longer applies to withhold the material in full. Consequently, FBI began gathering additional information to provide an official page count and processing schedule by March 31, 2021.

Regrettably, that effort has not yet been completed, as FBI is currently collecting additional information from one of its Field Offices to finalize its estimated page count and processing schedule. In the meantime, FBI is moving forward with preparing the material that is on hand for processing. But this request must be managed against other competing requests in

litigation. The responsive material will have to undergo processing and internal review prior to the release of any non-exempt information.

As the Court is likely aware, FBI's FOIA operation has experienced a reduction of 50% of in-person staff due to workplace disruptions caused by COVID-19, which has impacted the processing of FOIA requests.  As of April 11, 2021, FBI's FOIA operation finally returned to normal staffing and is working as quickly as possible to meet processing deadlines in numerous competing litigation cases.  The FBI estimates that it can make its first initial production of non-exempt information by the end of May 2021.

### BLM

The Bureau of Land Management ("BLM") reports that, since Defendants' last status report, it has processed nearly 8,000 pages of potentially responsive records, of which nearly 1,250 pages have been released in whole or in part. Specifically, BLM has sent interim releases on January 8 (January release) March 1, 2021 (February release), and April 14, 2021 (March release).[1]

Also during the period since the parties' last reports, Plaintiff's former counsel submitted a Notice of Appearance and Renewed Request to Reassign.  Undersigned Plaintiff's counsel expects formally to follow up on that filing shortly, a representation as to which undersigned government counsel lacks a present basis to respond.

The parties propose to submit a joint status report on or before August 16, 2021.

Dated:  April 16, 2021

---

[1] BLM's March release was delayed by consultations undertaken with other agencies.  BLM hopes to makes its April release by April 30, 2021.

2

|  |  |
|---|---|
| /s/ Jonathon Alden Moseley<br>3823 Wagon Wheel Lane, Suite 345<br>Woodbridge, VA 22192<br>(703) 656-1230 (t)<br>(703) 783-0449 (f)<br>contact@jonmoseley.com<br>*Counsel for Plaintiff* | Respectfully submitted,<br><br>CHANNING D. PHILLIPS, D.C. Bar #415793<br>Acting United States Attorney<br><br>BRIAN P. HUDAK<br>Acting Chief, Civil Division<br><br>By: /s/ John Moustakas<br>John Moustakas, D.C. Bar #442076<br>Assistant United States Attorney<br>555 Fourth Street NW<br>Washington, D.C. 20530<br> (202) 252-2518<br>john.moustakas@usdoj.gov<br><br>*Counsel for Defendants* |