UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREEDOM WATCH,<br><br>    Plaintiff,<br><br>    v.<br><br>BUREAU OF LAND MANAGEMENT,<br>*et al.*<br><br>    Defendants. | Civil Action No. 16-2320 (CKK) |

**ORDER**
(May 16, 2023)

The Court is in receipt of counsel Stephen Sulzer's [93] Motion to Withdraw as Counsel. Counsel Sulzer does not provide a reason for the motion, nor does he indicate that Plaintiff itself consents to the request. Therefore, the Court reviews the motion with an eye to whether withdrawal would "be unfairly prejudicial to any party, or otherwise not be in the interests of justice." LCvR 83.6(d). As the Court previously explained in its [86] Order, Plaintiff, a corporate entity, cannot proceed *pro se*, so the Court must dismiss the action were Plaintiff to become unrepresented. *See Alexian Bros. Med. Ctr. v. Sebelius*, 63 F. Supp. 3d 105, 108 (D.D.C. 2014). The consequence of granting the [93] Motion, therefore, is dismissal of this case. Although prejudicial to Plaintiff, the Court previously warned the parties that it would dismiss this case were Plaintiff to become unrepresented. As such, pursuant to LCvR 83.6(d), and in an exercise of the Court's discretion, it is hereby

**ORDERED**, that counsel Stephen Sulzer's [93] Motion to Withdraw as Counsel is **GRANTED**. It is further

\#
\#
\#
\#
\#

**ORDERED**, that this case is **DISMISSED**.

The Clerk of Court is respectfully directed to close this case and mail a copy of this order to Plaintiff at its address of record.

**SO ORDERED**.

**Dated**: May 16, 2023

>                    _____
>                    COLLEEN KOLLAR-KOTELLY
>                    United States District Judge